UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:                              )          BK No.:   19-17652
LAURA E. PHILLIPS                   )
                                    )          Chapter: 13
                                    )
                                    )          Honorable Pamela S. Hollis
                                    )
                                    )
        Debtor(s)                   )

**ORDER GRANTING RELIEF OF AUTOMATIC STAY PURSUANT TO
RULE 4001 AND UNDER 11 U.S.C. § 362 (d) (2) and 2(a)
and Section 1301**

THIS CAUSE IS BEFORE THE COURT upon the Motion for Relief From the Automatic Stay filed by PROVIDENCE CATHOLIC HIGH SCHOOL (Movant), by and through its attorney, STEVEN PLATO TROY, on October 24 2019 and the Court being fully advised and relying on the representations made by Counsel in the Notice and Motion, finds that finds that relief from the stay, as sought is based on the fact that the relief, in no way shall prevent an effective Reorganization and granting the Relief from the Stay shall not prevent and Effective Reorganization.

IT IS HEREBY, THEREFORE, ORDERED that PROVIDENCE CATHOLIC HIGH SCHOOL is granted Relief from the Automatic Stay in effect under 11 U.S.C. § 362(d) (2) to permit the filing of a Complaint in the Circuit Court of Will County as to Harold Phillips and Logan Phillips.

Pursuant to Section 1301,,et al. PROVIDENCE CATHOLIC HIGH SCHOOL, is granted Relief from the Automatic Stay to take any action allowed for PROVIDENCE CATHOLIC HIGH SCHOOL under Illinois Law, to permit the filing of a Complaint in the Circuit Court of Will County as to Harold Phillips and Logan Phillips.

IT IS FURTHER ORDERED that enforcement of this Order is not stayed by ten (10) days and the twenty (20) days, under Section 1301 (d) ,as otherwise required by the Federal Rule of Bankruptcy Procedure 4001(a)(3).  Counsel for the Movant is to serve a copy of this Order on all parties who are not electronically served.

Dated:                                      ENTERED:


                                            By:_____
                                              Judge Pamela  S. Hollis
                                              United States Bankruptcy Court

                                              Enter:

                                              Honorable William V. Altenberger
Dated:  November 15, 2019                     United States Bankruptcy Judge

**Prepared by:**

STEVEN PLATO TROY - 03122140
PO BOX 606
CHANNAHON, ILLINOIS 60410-0606
815-467-0756
StevenPlatoTroy@aol.com